MUNOZ REALTY CORPORATION, PLAINTIFF-APPELLANT,
v. BOROUGH OF VERONA, DEFENDANT-RESPONDENT.

Argued November 21 and November 22, 1966—
Decided December 21, 1966.

*Mr. Newton H. Porter, Jr.* argued the cause for appellant (*Messrs. Porter & Hobart,* of counsel).

*Mr. Emil E. Mascia* argued the cause for respondent (*Messrs. Sarcone & Mascia,* of counsel).

The opinion of the court was delivered

PER CURIAM. The judgment of the Appellate Division of the Superior Court is affirmed for the reasons expressed by the Appellate Division.

*For affirmance* — Chief Justice WEINTRAUB and Justices FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN — 6.

*For reversal* — None.